16 F.3d 403
 Garner (Donald N., Sr.)
v.
Township of Wrightstown, Board of Supervisors of Township of
Wrightstown, Curtis (Eric), Poganowski (Chester), County of
Bucks, Rubenstein (Alan M.), Cronlund (Ken), Donat (George),
Wrightstown Twp. P.D., Hughes (Walter J., Jr.), Reichly
(Dale), Armitage (David), Detective, Broche (Edward), Detective
 NO. 93-1459
 United States Court of Appeals,
Third Circuit.
 Dec 13, 1993
 
 Appeal From: E.D.Pa.,
 Brody, J.,
 
 819 F.Supp. 435
 
 1
 AFFIRMED.